TREVOR L. ATKIN
Nevada Bar No. 3133
VIRGINIA T. TOMOVA
Nevada Bar No. 12504
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
tatkin@awslawyers.com
vtomova@awslawyers.com
Attorneys for James Paul Moore Chavarria and JHM Express

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IRENE AVILA-LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES PAUL MOORE CHAVARRIA; JHM EXPRESS; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO.:<br><br>DEFENDANTS JAMES PAUL MOORE CHAVARRIA AND JHM EXPRESS' STATEMENT REGARDING REMOVAL |

Defendants, JAMES PAUL MOORE CHAVARRIA and JHM EXPRESS ("Defendants"), by and through their attorneys of record, ATKIN WINNER & SHERROD, hereby submits the following Statement Regarding Removal in compliance with 28 U.S.C. §1446.

 1.     The date on which you were served with a copy of the Complaint in the removed action:

 Response:  November 2, 2017.

 2.     The date on which you were served with a copy of the Summons in the removed action:

 Response:  November 2, 2017.

 3.     In removals based on diversity jurisdiction, the names of any served defendants or citizens of Nevada, the citizenship of the other parties and a summary of defendants' evidence of the amount in controversy:

990286.DOC

Response: Removal is based upon diversity jurisdiction/citizenship and the amount in controversy. Removal on these grounds is supported by the following:

<u>Plaintiff's Citizenship</u>:  Upon information and belief, Plaintiff, according to her complaint, is and was at all times relevant to this action a resident of Clark County, Nevada.

<u>Defendants' Citizenship</u>:  Defendant James Paul Moore Chavarria is and was a resident of Chatsworth, State of Georgia.  Defendant JHM Express is a foreign company from the State of Georgia and doing business in Clark County, Nevada.  Accordingly, the Court has a subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(c).

<u>Damages</u>: Plaintiff alleges that she sustained personal injuries, which were "permanent and disabling," lost wages and earning capacity, as a result of the alleged accident with the Defendants.  A dispute has arisen as to how much Plaintiff should be compensated on her claims.  However, on information and belief, Defendants believe said injuries have caused or will cause more than $75,000.00 in total damages.

4.  *If your Notice of Removal was filed more than 30 days after you received a copy of the Summons and Complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal:*

Response:    Not Applicable.

5.  *In actions removed on the basis of the court's jurisdiction in which the action in State Court was commenced more than a year before the date of removal, the reasons this action should not summarily be remanded to the State Court.*

Response:    Not applicable.

///
///
///
///
///
///
///

990286.DOC

6. The name(s) of any defendant(s) known to have been served before you filed the Notice of Removal who did not formerly join in the Notice of Removal and the reasons they did not:

Response:   Not applicable.

DATED this 6th day of December, 2017.

ATKIN WINNER & SHERROD

_____
TREVOR L. ATKIN
Nevada Bar No. 3133
VIRGINIA T. TOMOVA
Nevada Bar No. 12504
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for James Paul Moore Chavarria and JHM Express*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of ATKIN WINNER & SHERROD and that on this ___ day of December, 2017, I did cause a true copy of **DEFENDANTS JAMES PAUL MOORE CHAVARRIA AND JHM EXPRESS' STATEMENT REGARDING REMOVAL** to be placed in the United States Mail, with first class postage prepaid thereon, and addressed as follows:

Ralph E. Porter
Ralph Porter and Associates, P.C.
525 S. Ninth St.
Las Vegas, NV 89101
*Attorneys for Plaintiff*

_____
An employee of ATKIN WINNER & SHERROD