# EXHIBIT "A"

# EXHIBIT "A"

ACSR
RALPH E. PORTER, ESQ.
Nevada Bar No. 4130
**RALPH PORTER & ASSOCIATES, P.C.**
525 S. Ninth Street
Las Vegas, Nevada 89101
(702) 384-5800
Attorney for Plaintiff

### DISTRICT COURT

### CLARK COUNTY, NEVADA

| | | |
|---|---|---|
| IRENE AVILA-LOPEZ, | ) | |
| Plaintiff, | ) ) ) | CASE NO.: A-17-763583-C<br>DEPT. NO.: XXIV |
| vs. | ) ) | |
| JAMES PAUL MOORE CHAVARRIA;<br>JHM EXPRESS; DOES I through X; ROE<br>CORPORATIONS, I through X, inclusive, | ) ) ) ) | |
| Defendants. | ) | |

### ACCEPTANCE OF SERVICE

TREVOR L. ATKIN, ESQ. for JAMES PAUL MOORE CHAVARRIA and JHM EXPRESS hereby accepts service of the SUMMONS & COMPLAINT for the above-listed Defendants.

DATED this 2ND day of NOVEMBER, 2017.

ATKIN WINNER & SHERROD

By: _____
TREVOR L. ATKIN, ESQ.
Nevada Bar No. 3133
1117 S. Rancho Drive
Las Vegas, Nevada 89102
Attorney for Defendants

N:\Ralph\Plaintiff\Avila-Lopez, Irene v. Moore Chavarria\Pleadings\ACCEPTANCE SERVICE.doc