# EXHIBIT "C"

# EXHIBIT "C"

Electronically Filed
11/28/2017 10:26 AM
Steven D. Grierson
CLERK OF THE COURT

TREVOR L. ATKIN
Nevada Bar No. 3133
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
tatkin@awslawyers.com
*Attorneys for Defendants*

EIGHTH JUDICIAL DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| IRENE AVILA-LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES PAUL MOORE CHAVARRIA; JHM EXPRESS; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO.: A-17-763583-C<br>DEPT. NO.: 14<br><br>**DEFENDANTS' ANSWER TO COMPLAINT** |

COME NOW Defendants, JAMES PAUL MOORE CHAVARRIA and JHM EXPRESS, by and through their attorneys, ATKIN WINNER & SHERROD, and for their Answer to Plaintiff's Complaint on file herein, admit, deny and allege as follows:

1. Answering Paragraphs 1 and 5 of the Complaint on file herein, Defendants state they are without sufficient knowledge or information upon which to base a belief as to the truth of the allegations contained in said Paragraphs, and upon said ground, deny each and every allegation contained therein. Defendants will hold Plaintiff to all proofs.

2. Answering Paragraphs 2 and 4 of the Complaint on file herein, Defendants admit each and every allegation contained therein.

3. Answering Paragraph 3 of the Complaint on file herein, Defendant JHM EXPRESS admits beings a GA Company and employing Defendant JAMES PAUL MOORE CHAVARRIA at the time of the accident; however, denies doing business in Clark County, Nevada other than on an occasional basis.

4. Answering Paragraph 6 of the Complaint on file herein, these answering Defendants admit that on July 24, 2017 both Plaintiff and JAMES PAUL MOORE CHAVARRIA were traveling northbound on US 95. Defendants deny the remainder of the allegations, as it was the Plaintiff who suddenly slammed on her brakes and entered the Defendants' travel lane, which resulted in the complained of collision.

## FIRST CAUSE OF ACTION
### (NEGLIGENCE)

5. Answering Paragraph 7 of the Complaint on file herein, these answering Defendants allege their answers in Paragraphs 1 through 6 above as if fully set forth at this point and incorporate them herein by reference.

6. Answering Paragraphs 8, 9, 10, 11, 12, 13, 14 and 15 of the Complaint on file herein, these answering Defendants deny each and every allegation contained therein. Defendants will hold Plaintiff to all proofs.

## SECOND CAUSE OF ACTION
### (NEGLIGENCE PER SE)

7. Answering Paragraph 16 of the Complaint on file herein, these answering Defendants allege their answers in Paragraphs 1 through 15 above as if fully set forth at this point and incorporate them herein by reference.

8. Answering Paragraphs 17, 18, 19, 20, 21, 22 and 23 of the Complaint on file herein, these answering Defendants deny each and every allegation contained therein. Defendants will hold Plaintiff to all proofs.

## THIRD CAUSE OF ACTION
### (RESPONDEAT SUPERIOR)

9. Answering Paragraph 24 of the Complaint on file herein, these answering Defendants allege their answers in Paragraphs 1 through 23 above as if fully set forth at this point and incorporate them herein by reference.

10. Answering Paragraph 25 of the Complaint on file herein, these answering Defendants admit each and every allegation contained therein.

986951.DOCX

11. Answering Paragraph 26 of the Complaint on file herein, these answering Defendants admit that JAMES PAUL MOORE CHAVARRIA was an employee of JHM EXPRESS and was in the course and scope of his employment at the time of the accident; however, they deny any negligence and thus are not liable.

8. Answering Paragraphs 27, 28, 29, 30 and 31 of the Complaint on file herein, these answering Defendants deny each and every allegation contained therein. Defendants will hold Plaintiff to all proofs.

### THIRD CAUSE OF ACTION

### *(RESPONDEAT SUPERIOR)*

9. Answering Paragraph 24 of the Complaint on file herein, these answering Defendants allege their answers in Paragraphs 1 through 23 above as if fully set forth at this point and incorporate them herein by reference.

10. Answering Paragraph 25 of the Complaint on file herein, these answering Defendants admit each and every allegation contained therein.

11. Answering Paragraph 26 of the Complaint on file herein, these answering Defendants admit that JAMES PAUL MOORE CHAVARRIA was an employee of JHM EXPRESS and was in the course and scope of his employment at the time of the accident; however, they deny any negligence and thus are not liable.

12. Answering Paragraphs 27, 28, 29, 30 and 31 of the Complaint on file herein, these answering Defendants deny each and every allegation contained therein. Defendants will hold Plaintiff to all proofs.

### FOURTH CAUSE OF ACTION

### *(NEGLIGENT SUPERVISION & TRAINING AND/OR HIRING & RETENTION)*

13. Answering Paragraph 32 of the Complaint on file herein, these answering Defendants allege their answers in Paragraphs 1 through 31 above as if fully set forth at this point and incorporate them herein by reference.

14. Answering Paragraphs 33 and 34 of the Complaint on file herein, these answering Defendants admit each and every allegation contained therein.

986951.DOCX

15.   Answering Paragraphs 35, 36, 37, 38, 39. 40 and 41 of the Complaint on file herein, these answering Defendants deny each and every allegation contained therein. Defendants will hold Plaintiff to all proofs.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendants allege that the collision alleged in the Complaint, and the alleged damages and injuries, if any, to Plaintiff, were proximately caused or contributed to by Plaintiff's own negligence and such negligence was greater than any of the Defendants' negligence.

### SECOND AFFIRMATIVE DEFENSE

Defendants allege that at the time and place alleged in the Complaint, Plaintiff did not exercise ordinary care, caution or prudence in the premises to avoid said accident and the resulting injuries, if any, complained of were directly and proximately contributed to and caused by the fault, carelessness and negligence of the Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

Defendants allege that the allegations contained in the Plaintiff's Complaint fail to state a cause of action against Defendant upon which relief can be granted.

### FOURTH AFFIRMATIVE DEFENSE

That it has been necessary for Defendants to employ the services of an attorney to defend this action, and a reasonable sum should be allowed Defendants as and for attorney's fees, together with their costs expended in this action.

### FIFTH AFFIRMATIVE DEFENSE

Pursuant to Nevada Rules of Civil Practice 11, as amended, all possible affirmatives defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendants' Answer and, therefore, Defendants reserve the right to amend this Answer to allege additional affirmative defenses if subsequent investigation

Page 4 of 6

986951.DOCX

warrants.

NOTE: Some or all of the affirmative defenses set forth above may have been pled for the purposes of non-waiver pending discovery. Other affirmative defenses may be added as discovery continues.

DATED this 28th day of November, 2017.

ATKIN WINNER & SHERROD

/s/ Trevor L. Atkin
Trevor L. Atkin
Nevada Bar No. 3133
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendants*

986951.DOCX

## CERTIFICATE OF SERVICE

I certify that on this 28th day of November, 2017, the foregoing **DEFENDANT'S ANSWER TO COMPLAINT** was served on the following by [ ] Electronic Service pursuant to NEFR 9 [x] Electronic Filing and Service pursuant to NEFR 9 [ ] hand delivery [ ] overnight delivery [ ] fax [ ] fax and mail [ ] mailing by depositing with the U.S. mail in Las Vegas, Nevada, enclosed in a sealed envelope with first class postage prepaid, addressed as follows:

Ralph E. Porter
Ralph Porter & Associates, PC
525 S. Ninth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

/s/ Natalie Ayers
An employee of ATKIN WINNER & SHERROD