# EXHIBIT "D"

# EXHIBIT "D"

```
PET
RALPH E. PORTER, ESQ.
Nevada Bar No. 4130
RALPH PORTER & ASSOCIATES, P.C.
525 S. Ninth Street
Las Vegas, Nevada 89101
(702) 384-5800
Attorney for Plaintiff
```

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| IRENE AVILA-LOPEZ, | ) |
| Plaintiff, | ) CASE NO.: A-17-763583-C |
| | ) DEPT. NO.: XXIV |
| vs. | ) |
| JAMES PAUL MOORE CHAVARRIA; JHM EXPRESS; DOES I through X; ROE CORPORATIONS, I through X, inclusive, | ) |
| Defendants. | ) |

### PETITION FOR EXEMPTION FROM ARBITRATION

Plaintiff, IRENE AVILA-LOPEZ, hereby requests the above-entitled matter be exempted from arbitration pursuant to Nevada Arbitration Rules 3 and 5, because this case involves an amount in issue in excess of $50,000.00, as this case:

1. _____ presents a significant issue of public policy;

2. __X__ involves an amount in excess of $50,000.00 per Plaintiff, exclusive of interest and costs;

3. _____ presents unusual circumstances which constitute good cause for removal from the program.

A summary of the facts of which support the contention for exemption are as follows:

This action arises out of a motor vehicle collision that occurred on or about December July 24, 2017. Plaintiff, IRENE AVILA-LOPEZ, was traveling northbound on US 95. Defendant, JAMES PAUL MOORE CHAVARRIA, while driving in the course and scope of

his employment with Defendant, JHM EXPRESS, was traveling northbound on US 95 behind the Avila-Lopez vehicle. As Plaintiff began to stop/slow to avoid a vehicle in front of her with the emergency flashers on, Defendant, JAMES PAUL MOORE CHAVARRIA, failed to stop and struck the rear of Plaintiff's vehicle.

As a result, Plaintiff sustained multiple injuries including, but not limited to, the following:

- C3-4 3 MM BROAD-BASED ANTERIOR DISC PROTRUSION
- C5-6 4 MM CIRCUMFERENTIAL DISC BULGE WITH ANTERIOR PREDOMINANCE
- C6-7 1-2 MM CIRCUMERENTIAL DISC BULGE
- L1-2 3 MM CIRCUMFERENTIAL DISC BULGE
- L2-3 3 MM CIRCUMFERENTIAL DISC BULGE
- L4-5 2 MM BROAD-BASED ANTERIOR DISC PROTRUSION
- L5-S1 4 MM BROAD-BASED ANTERIOR DISC PROTRUSION
- COMPLETE DISRUPTION OF THE SUPRAPINATUS TENDON APPROXIMATELY 2 MC FROM THE DISTAL INSERTION, WITH 1.1 CM RETRACTION OF THE MAIN TENDON FIBERS AND ATROPHY OF THE SUPRASPINATUS MUSCLE BELLY
- MODERATE GLENOHUMERAL JOINT EFFUSION
- CERVICAL SPRAIN/STRAIN
- CERVICOBRACHIAL SYNDROME
- CERVICALGIA
- SPRAIN OF LIGAMENTS OF CERVICAL SPINE
- STRAIN OF MUSCLE, FASCIA AND TENDON AT NECK LEVEL
- THORACIC SPRAIN/STRAIN
- PAIN IN THORACIC SPINE
- SPRAIN OF LIGAMENTS OF THORACIC SPINE
- STRAIN OF MUSCLE AND TENDON OF BACK WALL OF THORAX
- LUMBAR SPRAIN/STRAIN
- LOW BACK PAIN
- SPRAIN OF LIGAMENTS OF LUMBAR SPINE
- STRAIN OF MUSCLE, FASCIA AND TENDON OF LOWER BACK
- CONTUSION OF THE CHEST WALL
- MUSCLE SPASM OF BACK
- LOCALIZED EDEMA
- POST-TRAUMATIC HEADACHE
- OTHER INSOMNIA
- OTHER FATIGUE

Plaintiff's past medical expenses to date total $110,953.22. (Ms. Avila-Lopez is still

seeking medical treatment.) The medical specials currently breakdown as follows:

| No. | Provider | DOS | $$ |
|---|---|---|---|
| 1. | Medic West Ambulance | 07/24/17 | $ 1,168.91 |
| 2. | Sunrise Hospital | 07/24/17 07/26/17- | $ 96,985.75 |
| 3. | Fremont Emergency Services | 07/24/17 | $ 1,317.00 |
| 4. | Radiology Specialists, LTD | 07/25/17-07/26/17 | $ 1,189.00 |
| 5. | Spinal Rehabilitation Center Robert Moore, DC | 07/27/17-11/27/17 | $ 3,847.00 |
| 6. | Nevada Medical Consultants Thomas Anthony Shang, M.D. | 07/28/17-09/11/17 | $ 1,050.00 |
| 7. | Las Vegas Radiology | 10/11/17 10/24/17 | $ 4,950.00 |
| 8. | Las Vegas Pharmacy | 08/04/17 | $ 445.56 |
| | | **TOTAL** | **$110,953.22+** |

Plaintiff's past medical expenses are in the amount of $110,953.22. However, Plaintiff's medical specials are undetermined at this time due to her still seeking medical treatment. Exemption from arbitration is, therefore, requested.

I hereby certify, pursuant to NRCP 11, this case to be within the exemption(s) noted above and I am aware of the sanctions which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

DATED this 29 day of Nov, 2017.

RALPH PORTER & ASSOCIATES, P.C.

By_____
RALPH E. PORTER, ESQ.
Nevada Bar No. 4130
525 S. Ninth Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of RALPH PORTER & ASSOCIATES, P.C. and that on the ____ day of November, 2017, I caused the foregoing **PETITION FOR EXEMPTION FROM ARBITRATION** to be served as follows:

[X] by placing a true and correct copy of the same to be deposited for mailing in the U.S. Mail at Las Vegas, Nevada, enclosed in a sealed envelope upon which first class postage was fully prepaid; and/or

[ ] pursuant to EDCR 7.26, by sending it via facsimile; and/or

[ ] by hand delivery

[X] by ELECTRONIC SERVICE

to the attorney listed below:

Trevor L. Atkin, Esq.
ATKIN WINNER & SHERROD
1117 S. Rancho Drive
Las Vegas, Nevada 89102
Attorney for Defendants

An Employee of RALPH PORTER & ASSOC.

RALPH PORTER & ASSOCIATES, P.C.
525 S. NINTH STREET
LAS VEGAS, NV 89101
(702) 384-5800

N:\Ralph\Plaintiffs\Avila-Lopez, Irene v. Moore Chavarria\Pleadings\PETITION EXEMPT.doc