UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IRENE AVILA-LOPEZ,<br><br>Plaintiff,<br>v.<br>JAMES PAUL MOORE CHAVARRIA, et al.,<br><br>Defendants. | Case No. 2:17-cv-03011-JCM-PAL<br><br>ORDER<br><br>(Mot Ext Time – ECF No. 13) |

Before the court is Defendants' Motion for Extension of the Discovery Deadlines (ECF No. 13) filed May 15, 2018. Plaintiff filed a Joinder (ECF No. 15) March 20, 2018. The motion requests a 90-day extension of the discovery plan and scheduling order deadlines. Having reviewed and considered the matter, the court will grant the parties' request. Accordingly,

**IT IS ORDERED** that the Motion to Extend Time (ECF No. 13) is **GRANTED** and the following deadlines shall apply:

1. Last date to complete discovery: **September 3, 2018**
2. Last date to file interim status report: **July 5, 2018**
3. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **July 5, 2018**
4. Last date to disclose rebuttal experts: **August 6, 2018**
5. Last date to file dispositive motions: **October 3, 2018**
6. Last date to file joint pretrial order: **November 2, 2018**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

/ / /

/ / /

/ / /

7. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

DATED this 21st day of March, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE