UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IRENE AVILA-LOPEZ,<br><br>　　　　　　　Plaintiff,<br>　v.<br>JAMES PAUL MOORE CHAVARRIA, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-03011-JCM-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). Discovery closed September 3, 2018. The last extension of the Discovery Plan and Scheduling Order (ECF No. 16) filed March 21, 2018, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than November 2, 2018. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **November 28, 2018**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 14th day of November 2018.

　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1