1  TREVOR L. ATKIN
   Nevada Bar No. 3133
2  STEVEN C. DEVNEY
   Nevada Bar No.: 12728
3  **ATKIN WINNER & SHERROD**
   1117 South Rancho Drive
4  Las Vegas, Nevada 89102
   Phone (702) 243-7000
5  Facsimile (702) 243-7059
   tatkin@awslawyers.com
6  sdevney@awslawyers.com
   *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRENE AVILA-LOPEZ, | CASE NO: 2:17-cv-03011-JCM-PAL |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |
| JAMES PAUL MOORE CHAVARRIA, JHM EXPRESS, DOES I through X; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |
| JAMES PAUL MOORE CHAVARRIA, an individual; JHM EXPRESS | |
| Counter-Claimants, | |
| vs. | |
| IRENE AVILA-LOPEZ, an individual | |
| Counter-Defendant. | |

IT IS HEREBY STIPULATED by and between Ralph E. Porter, attorney for the Plaintiff/Counter-Defendant, IRENE AVILA-LOPEZ, and Trevor L. Atkin, and Steven C. Devney attorneys for Defendants/Counter-Claimants, JAMES PAUL MOORE CHAVARRIA and JHM EXPRESS that the above-entitled matter be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

. . .

Page 1 of 3

1100461.docx

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this **27** day of November, 2018.

ATKIN WINNER & SHERROD

_____
Trevor L. Atkin
Nevada Bar No. 3133
Steven C. Devney
Nevada Bar No. 12728
1117 South Rancho Drive
Las Vegas, Nevada 89102

DATED this **27** day of November, 2018.

RALPH PORTER AND ASSOCIATES, P.C.

_____
Ralph E. Porter
Nevada Bar No. 04130
525 S. Ninth St.
Las Vegas, NV 89101
Attorneys for Irene Avila-Lopez

*Avila-Lopez v. James Moore Chavarria & JHM Express*
*Case No: 2:17-cv-03011-JCM-PAL*

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled matter be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this _____ day of _____ 2018.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Trevor L. Atkin
Nevada Bar No. 3133
STEVEN C. DEVNEY
Nevada Bar No.: 12728
**ATKIN WINNER & SHERROD**
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
tatkin@awslawyers.com
sdevney@awslawyers.com
*Attorneys for Defendants*

CASE NO: 2:17-CV-03011-JCM-PAL